UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONATHAN F. HURST

VERSUS

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF THE SOCIAL SECURITY
ADMINISTRATION

CIVIL ACTION

NO. 14-222-SDD-RLB

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 19, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Commissioner's decision shall be VACATED and Plaintiff's appeal shall be REMANDED for further proceedings consistent with this opinion.

Baton Rouge, Louisiana the 14 day of September, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 17.